## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Douglas Siple, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 12 C 4019 |
| | ) |
| AllianceOne Receivables Management, | ) Judge Conlon |
| Inc., a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Douglas Siple, having reached a settlement of his claims against the Defendant, hereby stipulates to the dismissal of this lawsuit, without prejudice.

Dated: July 2, 2012

/s/ David J. Philipps
One of Plaintiff's Attorneys

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465

## CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2012, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Anna-Katrina S. Christakis | kchristakis@gradypilgrim.com |
| Sulejman F. Dizdarevic | sdizdarevic@gradypilgrim.com |
| Grady Pilgrim Christakis Bell LLP | |
| 53 West Jackson Boulevard | |
| Suite 1515 | |
| Chicago, Illinois 60604 | |


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com