Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 4019 | **DATE** | 7/5/2012 |
| **CASE TITLE** | DOUGLAS SIPLE vs. ALLIANCEONE RECEIVABLES MANAGEMENT, INC. | | |

**DOCKET ENTRY TEXT**

The case is dismissed by stipulation of the parties without prejudice. All pending dates are vacated.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MG |
|---|---|---|