IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Douglas Siple, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12 C 4019 |
| ) | |
| AllianceOne Receivables Management, ) | Judge Conlon |
| Inc., a Delaware corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulates to the dismissal of his claims against the Defendant, with prejudice.

Dated: August 3, 2012

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 3, 2012, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Electronic notice of this filing will be sent to the following party. Parties may access this filing through the Court's system.

| | |
|---|---|
| Anna-Katrina S. Christakis | kchristakis@gradypilgrim.com |
| Sulejman F. Dizdarevic | sdizdarevic@gradypilgrim.com |
| Grady Pilgrim Christakis Bell, LLP | |
| 53 West Jackson Blvd. | |
| Suite 1515 | |
| Chicago, Illinois 60604 | |

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com